■ Soterios (Steve) Tzolis et al., Appellants, v RB Estates LLC et al., Respondents. [857 NYS2d 491]—Order, Supreme Court, New York County (Herman Cahn, J.), entered January 25, 2008, unanimously affirmed for the reasons stated by Cahn, J., without costs and disbursements. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sweeny, Moskowitz and DeGrasse, JJ. [*See* 2008 NY Slip Op 30200(U).]

■ The People of the State of New York, Respondent, v Pablo Negron, Appellant. [857 NYS2d 491]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered March 14, 2006, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of $2^{1}/_{2}$ years' incarceration, unanimously affirmed.

We perceive no basis to reduce defendant's sentence.

The imposition of mandatory surcharges and fees by way of court documents, but without mention in the court's oral pronouncement of sentence, was lawful (*see People v Harris*, 51 AD3d 523 [2008]). Concur—Andrias, J.P., Saxe, Sweeny, Moskowitz and DeGrasse, JJ.